UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA AMARDA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; CHRISTOPHER J. LAROSE, in his official capacity as Warden of Otay Mesa Detention Center; GREGORY J. ARCHAMBEAULT, in his official capacity as San Diego Field Officer Director, ICE Enforcement Removal Operations; DAVID VENTURELLA, in his official capacity as Acting Director of ICE; TODD BLANCHE, U.S. Attorney General; IMMIGRATION AND CUSTOMS ENFORCEMENT; and DEPARTMENT OF HOMELAND SECURITY,<br>Respondents. | Case No. 26-cv-4604-JES-JLB<br>**ORDER CLOSING CASE**<br>**[ECF No. 1]** |

Before the Court is Petitioner Veronica Amarda's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court previously denied the petition without prejudice because the petition failed to set forth crucial information needed

to evaluate the claims. ECF No. 3. The Court permitted Petitioner to file an amended petition to cure these deficiencies by August 27, 2026, if she wished the proceed with the case. *Id.* To date, no amended petition has been filed. Accordingly, the Court now directs the Clerk of the Court to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: September 2, 2026

Honorable James E. Simmons Jr.
United States District Judge